IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

DENNY LAMONT POWELL, JR.,        )
                                 )
         Plaintiff,              )
                                 )
vs.                              )    CV 02-BE-0193-W
                                 )
JEFFERSON COUNTY POLICE          )
DEPARTMENT,                      )
                                 )
         Defendants.             )

**ENTERED**

**MAY 10 2002**

## MEMORANDUM OF OPINION

The magistrate judge filed a report and recommendation on April 17, 2002, recommending that this action filed pursuant to 42 U.S.C. § 1983 be dismissed under 28 U.S.C. § 1915A(b). The plaintiff filed objections to the report and recommendation on May 1, 2002.

In his objections Mr. Powell argues that he had intended to assert a claim against the sheriff's department for the lies "they" told the Birmingham News with respect to his arrest. As noted by the magistrate judge in the report and recommendation, without regard to plaintiff's characterization of his claim, the Jefferson County Sheriff's Department is not a legal entity subject to suit under 42 U.S.C. § 1983. Moreover, plaintiff's claim that someone gave the Birmingham News misinformation concerning him fails to state a constitutional claim. Finally, Mr. Powell's contention that he was libeled by a unidentified person is due to be dismissed.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation and the objections thereto, the Court is of the opinion that

the magistrate judge's report is due to be and is hereby ADOPTED and the recommendation is ACCEPTED. Accordingly, the complaint is due to be dismissed pursuant to 28 U.S.C. § 1915A(b). A Final Judgment will be entered.

DATED this 10th day of May, 2002.

KARON O. BOWDRE
UNITED STATES DISTRICT JUDGE